## Commonwealth ex rel. Miller, Appellant, *v.* Myers.

Submitted December 14, 1964. *James A. Miller,* appellant, in propria persona; *George E. Christianson* and *R. Hart Beaver,* Assistant District Attorneys, and *Alvin B. Lewis, Jr.,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., took no part in the consideration or decision of this case.

## Commonwealth ex rel. Moton, Appellant, *v.* Maroney.

Submitted April 12, 1965. *Robert R. Moton,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.